

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00458-CV

In the Interest of K.B., a Child

On appeal from the
279th District Court of Jefferson County, Texas
Trial Cause No. F-198,952-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed for want of prosecution. The Court orders the appeal DISMISSED FOR WANT OF PROSECUTION in accordance with its opinion. Costs of the appeal are adjudged against appellant although she is exempt from payment due to her affidavit of inability to pay costs.

We further order this decision certified below for observance.

April 21, 2016